IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00039-RPM

S.R., by his parent and next of friend, ASCENCION RIVERA,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1, DENVER COLORADO, a/k/a DENVER PUBLIC SCHOOLS,
SCHOOL DISTRICT NO. 1, BOARD OF EDUCATION, a/k/a DENVER PUBLIC SCHOOLS BOARD OF EDUCATION,
LINDA TORRES, individually and in her official capacity as Principal of Horace Mann Middle School,
SHAUN ELLIS, individually and in his capacity as Denver Public School Employee,
SANDY BACA-SANDOVAL, individually and in her capacity as Supervisor of Shaun Ellis and
MICHAEL BENNETT, in his capacity as the Superintendent of Denver Public Schools, Employer of Shaun Ellis, Linda Torres and Sandy Baca-Sandoval,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **July 14, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 10, 2008.**

    The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: May 28th, 2008

                                        BY THE COURT:
                                        s/Richard P. Matsch

    .                                    Richard P. Matsch, Senior District Judge