FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 9 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Action No  08-CV-00039-RPM

S.R., BY HIS PARENT AND NEXT FRIEND, ASCENCION RIVERA

Plaintiff,

v

**SCHOOL DISTRICT NO. 1, DENVER, COLORADO**, ALSO KNOWN AS **DENVER PUBLIC SCHOOLS; SCHOOL DISTRICT NO. 1, BOARD OF EDUCATION**, ALSO KNOWN AS DENVER PUBLIC SCHOOLS BOARD OF EDUCATION, **LINDA TORRES**, INDIVIDUALLY AND IN HER CAPACITY AS PRINCIPAL OF HORACE MANN MIDDLE SCHOOL; **SHAUN ELLIS**, INDIVIDUALLY AND IN HIS CAPACITY AS DENVER PUBLIC SCHOOLS EMPLOYEE; **SANDY BACA-SANDOVAL**, INDIVIDUALLY AND IN HER CAPACITY AS SUPERVISOR OF SHAUN ELLIS; **MICHAEL BENNETT**, IN HIS CAPACITY AS THE SUPERINTENDENT OF DENVER PUBLIC SCHOOLS, EMPLOYER OF SHAUN ELLIS, LINDA TORRES, AND SANDY BACA-SANDOVAL,

Defendants

## ORDER TO RELEASE EVIDENCE

THIS MATTER, having come before the Court during the scheduling conference, and being unopposed, and the Court having heard the same, and being fully advised hereby,

ORDERS that the Denver Police Department deliver all physical evidence held in its possession concerning Defendant Shaun Ellis, including but not limited to a tazer, to The Law Offices of John Kenneth Pineau, 2305 Broadway, Boulder, Colorado 80304, (303) 440-4444, on or before the 20 day of October, 2008

DATED this 9 day of October, 2008

BY THE COURT:

_____
District Court Judge