IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              January 30, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 08-cv-00039-RPM

| | |
|---|---|
| S. R. , by his parent and next of friend, ASCENCION RIVERA, | John K. Pineau |
| | Ingrid J. DeFranco |
| Plaintiff, | |
| v. | |
| SCHOOL DISTRICT NO. 1, DENVER COLORADO, | Michael B. Case |
| a/k/a DENVER PUBLIC SCHOOLS, | Holly E. Ortiz |
| SCHOOL DISTRICT NO. 1, BOARD OF EDUCATION, | |
| a/k/a DENVER PUBLIC SCHOOLS BOARD OF EDUCATION, | |
| LINDA TORRES, individually and | |
| in her official capacity as Principal of Horace Mann Middle School, | |
| SHAUN ELLIS, individually and | *Pro Se* - Present |
| in his capacity as Denver Public School Employee, | Michael Ellis (Father) |
| SANDY BACA-SANDOVAL, individually and | |
| in her capacity as Supervisor of Shaun Ellis and | |
| MICHAEL BENNETT, in his capacity as the Superintendent of Denver Public Schools, | |
| Employer of Shaun Ellis, Linda Torres and Sandy Baca-Sandoval, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Mental Examination**

**10:27 a.m.**      **Court in session.**

Court's preliminary remarks.

Mr. Pineau answers questions asked by the Court regarding proposed settlement agreement. Mr. Pineau states there is a written agreement settling the case with respect to Shaun Ellis and it has been disclosed to opposing counsel.

**ORDERED:**      **Plaintiff's Motion for Protective Order, filed January 28, 2009 [22], is denied with respect to the deposition of defendant Shaun Ellis.**

10:35 a.m.      Argument by Mr. Case.
10:40 a.m.      Argument by Mr. Shaun Ellis and answers questions asked by the Court.

Michael Ellis answers questions asked by the Court regarding his son's mental condition.

January 30, 2009
08-cv-00039-RPM

Discussion regarding scope of medical records release.

**ORDERED:** **Motion for Fed.R.Civ.P. 35(A) Mental Examination of Defendant Ellis, filed January 7, 2009 [18], is denied.**
**Defendant Shaun Ellis shall execute a medical records release waiver and provide medical records (from the beginning of mental / behavioral treatment) to counsel (physical injury records excluded).**
**Counsel shall schedule and Depose defendant Shaun Ellis.**

10:49 a.m.   Argument by Mr. Case.

**ORDERED:** **Defendants' Motion to Compel Proper Disclosure of Plaintiff's "Confidential Witness", filed January 13, 2009 [19], is denied. Counsel shall submit an interrogatory.**

**10:50 a.m.   Court in recess.**

Hearing concluded. Total time: 29 min.