IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00039-RPM

S. R., by his parent and next of friend, ASCENCION RIVERA,

       Plaintiff,

v.

SCHOOL DISTRICT NO. 1, DENVER COLORADO, a/k/a DENVER PUBLIC SCHOOLS,
SCHOOL DISTRICT NO. 1, BOARD OF EDUCATION, a/k/a DENVER PUBLIC SCHOOLS BOARD OF EDUCATION,
LINDA TORRES, individually and in her official capacity as Principal of Horace Mann Middle School,
SHAUN ELLIS, individually and in his capacity as Denver Public School Employee,
SANDY BACA-SANDOVAL, individually and in her capacity as Supervisor of Shaun Ellis and
MICHAEL BENNETT, in his capacity as the Superintendent of Denver Public Schools, Employer of Shaun Ellis, Linda Torres and Sandy Baca-Sandoval,

       Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION TO ENLARGE THE NUMBER OF WRITTEN DISCOVERY REQUESTS
_____

       Upon consideration of the Plaintiff's Motion to Enlarge the Number of Written Discovery Requests, filed March 27, 2009, supplemented by the filing of April 1, 2009; the District Defendants' Response, filed April 14, 2009, and the Plaintiff's Reply, filed April 28, 2009, together with the attachments to those filings, the Court finds and concludes that sufficient cause has not been shown and it is therefore

       ORDERED that the motion, as supplemented, is denied.

       DATED: June 2nd, 2009

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge