IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00039-RPM

S. R., by his parent and next of friend, ASCENCION RIVERA,

       Plaintiff,

v.

SCHOOL DISTRICT NO. 1, DENVER COLORADO, a/k/a DENVER PUBLIC SCHOOLS,
SCHOOL DISTRICT NO. 1, BOARD OF EDUCATION, a/k/a DENVER PUBLIC SCHOOLS BOARD OF EDUCATION,
LINDA TORRES, individually and in her official capacity as Principal of Horace Mann Middle School,
SHAUN ELLIS, individually and in his capacity as Denver Public School Employee,
SANDY BACA-SANDOVAL, individually and in her capacity as Supervisor of Shaun Ellis and
MICHAEL BENNETT, in his capacity as the Superintendent of Denver Public Schools, Employer of Shaun Ellis, Linda Torres and Sandy Baca-Sandoval,

       Defendants.

_____

NOTICE OF AUTHORITY
_____

       Attention is called to the Tenth Circuit opinion in *Margee Johnson v. Weld County, Colorado,* No. 8-1365, February 8, 2010, with respect to the application of the hearsay rule on summary judgment motions.

       DATED: March 2, 2010

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge