IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             March 3, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki
_____

Civil Action No. 08-cv-00039-RPM

| | |
|---|---|
| S. R. , by his parent and next of friend, ASCENCION RIVERA, | Ingrid J. DeFranco <br> John K. Pineau |
| Plaintiff, | |
| v. | |
| SCHOOL DISTRICT NO. 1, DENVER COLORADO, <br> a/k/a DENVER PUBLIC SCHOOLS, <br> SCHOOL DISTRICT NO. 1, BOARD OF EDUCATION, <br> a/k/a DENVER PUBLIC SCHOOLS BOARD OF EDUCATION, <br> LINDA TORRES, individually and <br> in her official capacity as Principal of Horace Mann Middle School, <br> SHAUN ELLIS, individually and <br> in his capacity as Denver Public School Employee, <br> SANDY BACA-SANDOVAL, individually and <br> in her capacity as Supervisor of Shaun Ellis and <br> MICHAEL BENNETT, in his capacity as the Superintendent of Denver Public Schools, <br> Employer of Shaun Ellis, Linda Torres and Sandy Baca-Sandoval, | Michael B. Case <br> Holly E. Ortiz <br><br><br><br><br> *Pro Se* - Present <br> Michael Ellis (Father) |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**2:00 p.m.        Court in session.**

Plaintiff S.R. present.

Court's preliminary remarks.

Mr. Pineau confirms no objection to the dismissal of defendant Shaun Ellis.

> **ORDERED:    Motion to Dismiss Defendant Shaun Ellis in His Individual Capacity, filed September 8, 2009 [45], is granted and is dismissed as a defendant.**

Court's summary of case facts.

2:10 p.m.        Argument by Mr. Case.

March 3, 2010
08-cv-00039-RPM

2:29 p.m.	Argument by Ms. DeFranco.
2:44 p.m.	Rebuttal argument by Mr. Case.

Ms. DeFranco answers questions asked by the Court.

**ORDERED:	School District Defendants' Motion for Summary Judgment, filed June 1, 2009 [38], is taken under advisement.**

**2:54 p.m.	Court in recess.**

Hearing concluded.  Total time: 54 min.