IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00039-RPM

S. R., by his parent and next of friend, ASCENCION RIVERA,

       Plaintiff,

v.

SCHOOL DISTRICT NO. 1, DENVER COLORADO,

       Defendant.
_____

ORDER DENYING MOTION TO RECONSIDER
_____

On April 9, 2010, the defendant School District No. 1 filed a motion for reconsideration of this Court's Memorandum Opinion and Order of March 26, 2010. It is

ORDERED that the motion is denied.

DATED: April 9th, 2010

                                           BY THE COURT:

                                           s/Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge