IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Action No. 08-cv-00039-RPM

SALVADOR RIVERA,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1, DENVER, COLORADO,
AKA DENVER PUBLIC SCHOOLS

    Defendant.

_____

ORDER GRANTING PLAINTIFF/APPELLANT'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL
_____

    Upon review of Plaintiff/Appellant Salvador Rivera's Motion for Leave to Proceed *In Forma Pauperis* and Affidavit in support thereof, filed March 23, 2011, it is

    ORDERED that the applicant Salvador Rivera may proceed without prepayment of costs or fees or the necessity of giving security therefor.

    DATED this 23rd day of March, 2011

                By the Court:

                s/Richard P. Matsch

                _____
                Honorable Richard P. Matsch